IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERTO VERA, §<br>    Petitioner, §<br>§<br>v. §<br>§<br>§<br>WARDEN LOPEZ, §<br>    Respondent. § | No. 3:19-cv-03018-D (BT) |

## ORDER

On May 20, 2020, the Court entered Findings, Conclusions, and a Recommendation that this case be dismissed because Petitioner Roberto Vera failed to pay the filing fee or file a motion to proceed *in forma pauperis*. The Court has determined, however, that Vera paid the filing fee on February 24, 2020, and that fee was incorrectly docketed in the wrong case. The Court therefore VACATES its May 20, 2020, Findings, Conclusions, and Recommendation.

SO ORDERED.

SIGNED May 29, 2020.

*/s/ Rebecca Rutherford*
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE